■ JULIA CACCAVALE, Appellant, v. SALVATORE CACCAVALE, Respondent.— Motion by appellant for an allowance of a counsel fee and expenses to prosecute her pending appeal in this court, denied without prejudice to an application for such relief at Special Term. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ FRANK CASTALDO, JR., an Infant, by FRANK CASTALDO, SR., His Guardian ad Litem, et al., Appellants, v. WARD L. MORTON et al., Respondents.— Motion by appellants to dispense with printing granted. The appeal will be heard on a typewritten record and on appellants' typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellants shall file two copies of the typewritten record and six copies of their typewritten brief and serve one copy of each on the attorneys for the respondents. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ (A) MURIEL COHEN, Appellant, v. CARL I. COHEN, Respondent. (B) In the Matter of the Estate of HARRY BRAND, Deceased. EDWARD J. STARK et al., as Executors of HARRY BRAND, Deceased, Appellants; MANCY V. BRAND, Respondent.— [In each action] Motion by appellant[s] for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ EMPIRE STATE MORTGAGEE CORP., Respondent, v. MORRIS GOODMAN et al., Appellants.— On the call of the calendar, appeal dismissed; there being no appearance for appellants and appellants having failed to comply with an order of this court, dated January 9, 1961, requiring them to perfect their appeal for the March 1961 Term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MOLLIE FELDMAN, Respondent-Appellant, v. BESSIE COHEN, as Administratrix of the Estate of WILLIAM H. COHEN, Deceased, Appellant-Respondent.— Motion by plaintiff to dismiss defendant's appeal denied, on condition that defendant perfect the appeal and be ready to argue or submit it at the June Term, commencing May 22, 1961; appeals ordered on calendar for said term. The record and defendant's brief as appellant shall be served and filed on or before April 28, 1961. Plaintiff may serve and file a typewritten brief (six copies of such brief to be filed; one copy to be served). Motion by plaintiff to dispense with printing on her cross appeal granted; such appeal to be heard on record filed by defendant and on plaintiff's typewritten brief. Plaintiff is directed to file six copies of her typewritten brief and to serve one copy on defendant. The parties, if so advised, may submit one brief to cover both appeals. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ LEONARD R. GALASSO, Appellant, v. JAMES McGOEY et al, Respondents.— Motion by respondent John J. McGoey to dismiss appeal by reason of appellant's failure to perfect it, denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 3, 1961. Motion by respondent James McGoey to dismiss appeal on the ground that appellant waived his right to appeal by paying the costs under the judgment appealed from, denied. Such payment, made under compulsion of the existing judgment, does not constitute a waiver. In the event appellant be successful on the appeal he may be entitled to restitution (Civ. Prac. Act, § 587). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.